IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00219-RJC-DCK

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FARSHIEN BAGHALZADEH, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 21), the Indictment, (Doc. No. 1), without prejudice, following his guilty plea to an Information filed in Case No. 3:15-cr-272.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 21), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: December 8, 2015

Robert J. Conrad, Jr.
United States District Judge